25-262_

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**In the Matter of the 5/5/25 Jury Selection**

## SHOW CAUSE ORDER

IT APPEARING TO THE COURT that the following named juror reported for jury service and left the courthouse without being excused by the Court:

**VERONICA AYERS**

IT IS HEREBY ORDERED that the above-listed individual appear in the United States District Court

for the District of Delaware, 844 N. King St., Wilmington, DE <u>in Courtroom 4B at 9:00 AM on</u>

<u>    June 25, 2025</u>, to show cause why fines or other punishment should not be imposed for leaving

the courthouse absent excusal from the judge.

This Order is being served on Veronica Ayers, 72 Colonial Ln., Milford, DE  19963 via

Certified Mail No. (7009 0080 0002 1180 1089), Return Receipt Requested.

IT IS SO ORDERED.

Dated this 22nd day of May 2025.

_____
**Colm F. Connolly, Chief Judge**
**U.S. District Court for the District of Delaware**